**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABDOUL MOYENGA, *et al.*,

                            Plaintiffs,             **SCHEDULING ORDER**

    -against-                                         22 Civ. 9603 (KMK)(JCM)

WESTCHESTER COUNTY, *et al.*,

                            Defendants.
------------------------------------------------------------X

      The Telephone Conference scheduled for March 29, 2023 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy is canceled.

Dated:  March 22, 2023
            White Plains, New York

                                                      **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge