

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

**SO ORDERED:**

Since the parties have reached a tentative settlement of this matter, the settlement conference scheduled for May 18, 2023 before the undersigned is canceled. In addition, the parties are directed to notify the Court, by May 29, 2023, the date by which a stipulation of discontinuance will be filed.

*[signature]* 4-27-23

JUDITH C. McCARTHY
United States Magistrate Judge

April 27, 2023

**VIA ECF**
Honorable Judith C. McCarthy
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: __Moyenga v. Westchester County, et al., 22-cv-9603 (KMK)__

Dear Judge McCarthy:

    This office represents Defendants in the above-referenced matter. We write jointly with Plaintiffs' counsel herein to report on the status of settlement discussions, pursuant to Your Order of March 30, 2023.

    The parties have just reached a tentative settlement of this matter. As Defendants are municipalities/employee of municipality and the settlement requires Board approval, we are in the process of preparing all settlement papers and will update the Court on the settlement status after the Board renders its decision.

    I thank you in advance for your consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

                                                            Respectfully submitted,

                                                            /s/ Loren Zeitler

                                                            Loren Zeitler
                                                            Senior Assistant County Attorney

To: All counsel of record (via ECF)